```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
NAMEL NORRIS,                                               :
                                                            :
                                Plaintiff,                  :
                                                            :       21-CV-7374 (VSB)
                -against-                                   :
                                                            :       ORDER
GRAND 85 CLEANERS CORP., d/b/a                              :
GRAND CLEANERS, and CHRISTOPHER                             :
ST. ASSOCIATES, INC.,                                       :
                                                            :
                                Defendant.                  :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

Plaintiff filed this action on September 1, 2021, (Doc. 1), and filed affidavits of service on November 5, 2021, (Docs. 7–8). The deadline for Defendants to respond to Plaintiff's complaint was October 25, 2021. (*See* Docs 7–8.) To date, Defendants have not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than December 20, 2021. If Plaintiff fails to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:   December 6, 2021
         New York, New York

                                                    _____
                                                    VERNON S. BRODERICK
                                                    United States District Judge