UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NAMEL NORRIS,

                Plaintiff,

             -against-

GRAND 85 CLEANERS CORP., d/b/a
GRAND CLEANERS, and CHRISTOPHER
ST. ASSOCIATES, INC.,

                Defendant.
------------------------------------------------------------ X

21-CV-7374 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on September 1, 2021, (Doc. 1), and filed an affidavit of service for Defendant Grand 85 Cleaners Corp. on November 5, 2021, (Doc. 7). The deadline for Defendant Grand 85 Cleaners Corp. to respond to Plaintiff's complaint was October 25, 2021. (*See* Doc. 7)  To date, Defendant Grand 85 Cleaners Corp. has not appeared or responded to the complaint.  Plaintiff, however, has taken no action to prosecute this case against Defendant Grand 85 Cleaners Corp.  Accordingly, if Plaintiff intends to seek a default judgment, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than March 14, 2022.  If Plaintiff fails to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case against Defendant Grand 85 Cleaners Corp. for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    March 1, 2022
              New York, New York

                                          _____
                                          VERNON S. BRODERICK
                                          United States District Judge