UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
NAMEL NORRIS,                                            :
:
                                Plaintiff,      :
:        21-CV-7374 (VSB)
              -against-                       :
:             **ORDER**
CHRISTOPHER ST. ASSOCIATES, INC.,         :
:
                                Defendant.    :
:
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

        Plaintiff filed this action on September 1, 2021, (Doc. 1), and filed an affidavit of service on November 5, 2021, (Doc. 5).  Defendant Christopher St. Associates, Inc. filed its answer on February 24, 2022.  (Doc. 13.)  On March 15, 2022, I dismissed Defendant Grand 85 Cleaners Corp. from the action for Plaintiff's failure to prosecute the action against Defendant.  (Doc. 15.)  On March 21, 2022, I issued an Order and Notice of Initial Conference.  (Doc. 16.)  I ordered the parties to meet and confer and submit their Case Management Plan and Scheduling Order and joint letter by April 4, 2022.  (*Id*.)  The parties have failed to meet the deadline.  It is hereby:

        ORDERED that Plaintiff meet and confer with Defendant and submit the Case Management Plan and Scheduling Order and joint letter on or before April 15, 2022.  If Plaintiff fails to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    April 7, 2022
              New York, New York

                                                                           _____
                                                               VERNON S. BRODERICK
                                                               United States District Judge